UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

LAWRENCE J. GERRANS,
Plaintiff,

v.

ERHAN GUNDAY, et al.,
Defendants.

Case No. 24-cv-02187-JSC

**ORDER TO COMPLETE SERVICE; DENYING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Re: Dkt. No. 26

Plaintiff, a federal prisoner proceeding without an attorney, filed this civil action. On May 19, 2026, the Court ordered Plaintiff to complete service of process on all Defendants named in the operative First Amended Complaint by June 18, 2026. (ECF No. 19.) That order was returned as undeliverable, and Plaintiff was ordered to update his address, which he has done. For the reasons explained in the order of May 19, 2026, Plaintiff shall (1) complete service of process on all Defendants named in the Amended Complaint and (2) file proof of such service with the Court. The claims against any Defendant for whom proof of service has not been filed by **October 24, 2026**, will be dismissed under Rule 4(m) absent a showing of good cause for such failure. Any request for an extension of this deadline must be supported by a showing of good cause and must be filed before **October 24, 2026.**

Plaintiff has filed a motion for leave to file a Second Amended Complaint. (ECF No. 26.) The Court previously ordered: "After Plaintiff has completed service of process on the Defendants named in the operative First Amended Complaint, he may seek leave to further amend his claims against them." (ECF No. 25 at 3:7-8.) Plaintiff has not shown he has completed service of process on the Defendants named in the First Amended Complaint. Therefore, leave to file the Second Amended Complaint is DENIED without prejudice to re-filing after he has completed

United States District Court
Northern District of California

service process on the Defendants named in the First Amended Complaint.[1]

This order resolves docket number 26.

**IT IS SO ORDERED.**

Dated: September 25, 2026

JACQUELINE SCOTT CORLEY
United States District Judge

[1] The proposed Second Amended Complaint names the same Defendants as the First Amended Complaint. (*Compare* ECF No. 10 at 3-7 *and* 26 at 61-68.)